UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT HUDSON,

       Plaintiff,

   -against-

JUDGE PETER FORMAN; DUTCHESS COUNTY CLERK; COUNTY OF DUTCHESS; STATE OF NEW YORK STATE,

       Defendants.

19-CV-9637 (CM)

CIVIL JUDGMENT

  Pursuant to the order issued November 22, 2019, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 25, 2019
    New York, New York

               COLLEEN McMAHON
               Chief United States District Judge